Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff's Successor in Interest,
Pramco II LLC



FILED
DISTRICT COURT OF GUAM
OCT 31 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CIVIL CASE NO. CIV 97-00017 |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| ANDERSINA S. IGNACIO aka ANDERSINA S. PEREZ and MARK PEREZ, | ) |
| Defendants. | ) |

I, Seth Forman, certify that on the 31 day of October 2006, I caused the Motion for Substitution of Party and to Revive Judgment; Memorandum of Points and Authorities, Declaration of Counsel and proposed Order to be served on the following:

a. <u>Via Hand Delivery</u>:
Office of the U.S. Attorney
Ste. 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910

b. <u>Via U.S. Mail</u>:
Andersina S. Ignacio
33 David Gorton St.
Talofofo, GU 96930

ORIGINAL

Certificate of Service
*United States of America vs. Perez, et al.*
Civil Case No. CIV97-00017
Page 2

      Mark Perez
      146 Anta St., Pago Bay
      Chalan Pago, GU 96910

The address set forth above for the defendant Andersina S. Ignacio aka Andersina S. Perez is the last known address that Pramco II LLC has on file for her. The address set forth above for Mark Perez is the address where he was located by a process server in July of 2006 and thus is believed to be his current residential address.

                                    DOOLEY ROBERTS & FOWLER LLP

Date: 10/31/06        By: _Seth Forman_
                                         **SETH FORMAN**
                                         Attorneys for Pramco II LLC