Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223



**FILED**
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Plaintiff's Successor in Interest,
Pramco II LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. CIV 97-00017 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| ANDERSINA S. IGNACIO aka ANDERSINA S. PEREZ and MARK PEREZ, | ) |
| Defendants. | ) |

This matter came before the Court on the motion of plaintiff's successor in interest, Pramco II LLC, to substitute in as plaintiff in this action and to revive the Judgment herein. Having reviewed Pramco II LLC's motion and the memorandum and evidence submitted in support thereof, for good cause shown:

IT IS HEREBY ORDERED that Pramco II LLC's motion is granted; and

IT IS FURTHER ORDERED that pursuant to Rule 25(c) of the Federal Rules of Civil Procedure Pramco II LLC is substituted for the United States of America as the plaintiff in this action; and

Order
*United States of America vs. Perez, et al.*
Civil Case No. CIV97-00017
Page 2

IT IS FURTHER ORDERED that all pleadings herein subsequent to this Order shall reflect this substitution in the caption; and

IT IS FURTHER ORDERED that the Default Judgment against defendants is revived pursuant to 7 GCA § 23106.

Dated this 15th day of November 2006.

/s/ Frances Tydingco-Gatewood
**FRANCES TYDINGCO-GATEWOOD**
**CHIEF DISTRICT JUDGE**