Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff Pramco II LLC


FILED
DISTRICT COURT OF GUAM
FEB -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PRAMCO II LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDERSINA S. IGNACIO aka ANDERSINA S. PEREZ and MARK PEREZ,<br><br>　　　　　Defendants. | CIVIL CASE NO. CIV 97-00017<br><br>**ABSTRACT OF JUDGMENT** |

1. **Date of Entry of Original Entry of Judgment:** April 14, 1997

   **Date of Order Granting Motion to Enforce Judgment:** November 15, 2006

2. **Judgment Debtors:** Andersina S. Ignacio aka Andersina S. Perez and Mark Perez

   **Original Judgment Creditor:** United States of America

   **Current Judgment Creditor:** Pramco II LLC

   **Date of Order Granting Motion to Substitute Party:** November 15, 2006

3. **Amount of the Judgment:** Principal amount of $8,385.49, plus pre-judgment interest to March 31, 1997 in the amount of $1,091.90, pre-judgment interest from April 1, 1997 to

Abstract of Judgment
*Pramco II LLC vs. Perez, et al.*
Civil Case No. CIV97-00017
Page 2

April 11, 1997 at the rate of 4.0% per annum, post judgment interest thereafter at the rate of 6.0% per annum, plus a 10% surcharge, plus $150.00

    4.    **This is a lien in favor of the Judgment Creditor named hereinabove.**

    MARY L.M. MORAN, Clerk of Court
    U.S. District Court for the District of Guam

Date: 02/09/07    By: _____
    Deputy Clerk

RECEIVED
FEB - 8 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM